790 A.2d 313

**Darryl JAMES, Appellant,**

v.

**Kathleen ZWIERZYNA and Pennsylvania Board of Probation & Parole, Appellees.**

**No. 96 WAP 2001.**

Supreme Court of Pennsylvania.

Feb. 22, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of February, 2002, probable jurisdiction is herewith noted and the order appealed is affirmed.